**Opinion issued April 18, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00932-CR

———————————

**ANTHONY MCCARTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 180th District Court
Harris County, Texas
Trial Court Case No. 1656406

## MEMORANDUM OPINION

Appellant, Anthony McCarter, filed a notice of appeal from the trial court's December 9, 2022 judgment of conviction. Appellant has filed a motion to dismiss his appeal, representing that he "does not wish to continue to prosecute this appeal."

Appellant and his attorney have signed the motion, and this Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a). Further, more than ten days have passed, and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.
Do not publish. TEX. R. APP. P. 47.2(b).